IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00054-MP

CHRISTOPHER MITCHELL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 61, Motion to Unseal the Plea Agreement and Factual Basis as to Christopher Mitchell, filed by the government. The motion is granted, and the Clerk is directed to unseal doc. 49, the plea agreement and the factual basis for plea.

**DONE AND ORDERED** this _9th_ day of June, 2005

           *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge